**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NICKOLAS ANTHONY TRABUCCO**                              **PLAINTIFF**

**VS.**                                                              **CAUSE NO.** 3:22cv132-MPM-JMV

**ANDRES RIVERA**                                                  **DEFENDANT**

**JURY TRIAL DEMANDED**

_____

**COMPLAINT**
_____

Plaintiff states his causes of action for damages for violation of his rights, privileges and immunities under the Fourth Amendment to the United States Constitution pursuant to 42 U.S.C. §1983 as follows:

**I. JURISDICTION AND VENUE**

1. The Court has jurisdiction over this lawsuit because at least one count of the lawsuit arises under federal law, 42 U.S.C. § 1983. Jurisdiction over such cause and the other causes of action in this lawsuit is pursuant to 28 U.S.C. §1331 and §1367.

2. Venue is proper in the Northern District of Mississippi under 28 U.S.C. §1391, as the events described herein took place within DeSoto County, Mississippi.

**II. PARTIES**

3. Plaintiff Nickolas Anthony Trabucco (hereinafter "Plaintiff") is an adult resident citizen of DeSoto County, Mississippi.

4. Defendant Andres Rivera (hereinafter "Rivera" or "Defendant") was at all times relevant hereto a deputy employed by the DeSoto County, Mississippi, Sheriff's Department, acting under color of state law. Rivera is, upon information and belief, an adult resident of DeSoto County, Mississippi.

### III. FACTUAL ALLEGATIONS

5. On July 7, 2021, Plaintiff drove his vehicle to the J&J Fuel Station located at 2870 Highway 51 S, Hernando, MS, after work and parked in front of the convenience store.

6. Rivera, then a deputy sheriff with the DeSoto County Sheriff's Department, was at one of the gas pumps filling up his patrol car when Plaintiff entered the parking lot.

7. According to Rivera's narrative report, he contends that Plaintiff entered the parking lot at an unreasonable speed, and Rivera allegedly heard Plaintiff's "vehicle's tires squeal[]as he pulled into a parking space."

8. After waiting for approximately a minute, presumably to finish pumping gas, Rivera walked over to Plaintiff's vehicle and made contact with Plaintiff, who was still seated in his vehicle.

9. After a brief conversation lasting approximately 10-15 seconds, Plaintiff was ordered to exit the vehicle. Plaintiff opened his car door as instructed, stepped out of the car without incident, and proceeded to walk to the rear of the car. At no time did Plaintiff attempt to flee or engage Rivera physically.

10. While walking towards the rear of the vehicle, Rivera rushed Plaintiff without justifiable cause and violently tackled him and slammed him backwards onto the pavement.

11. After slamming Plaintiff to the ground, Rivera eventually stood Plaintiff up and placed him in a chokehold. Plaintiff was able to escape Rivera's grasp and separated himself from Rivera (approximately 4-5 feet away). In order to attempt to deescalate the situation, Plaintiff began pleading with Rivera to stop, repeatedly asking Rivera what he had done wrong and why Rivera was doing this to him.

12. It was at this time that Rivera pulled his TASER from his utility belt and ordered Plaintiff to the ground. Plaintiff fully complied with Rivera's order, got on his knees, and put his hands behind his head.

13. Despite Plaintiff's full and complete compliance with Rivera's order, and despite the fact that Plaintiff was offering no physical resistance and did not pose any physical threat to Rivera, Rivera shot Plaintiff with his TASER and repeated the TASER cycle two times while Plaintiff screamed in pain and involuntarily rolled across the pavement under the effects of the TASER.

14. As a result of being slammed to the ground by Rivera and repeatedly subjected to TASER cycles, Plaintiff suffered physical injuries, including, but not limited to TASER wounds and burns.

15. Plaintiff was detained, arrested for Reckless Driving, Seatbelt Violation, Resisting Arrest, Disorderly Conduct—Failure to Obey and Driving Under the Influence 1st Offense, and was taken to jail.

16. Plaintiff appeared in DeSoto County Justice Court on June 21, 2022, and all charges were remanded with the exception of the DUI-1st Charge, which Plaintiff agreed to enter into a non-adjudication agreement to resolve.

17. At no point prior to the use of force described herein did Plaintiff threaten or resist Rivera in any way, physically or verbally.

## IV. CAUSES OF ACTION

18. Rivera's actions, as described above, were objectively unreasonable in light of Plaintiff's clearly established constitutional rights. Rivera was at all times acting under color of state law.

19. The amount of force used against Plaintiff during his arrest was unreasonable, excessive, and unnecessary, evidencing sadistic intention and violating Plaintiff's right to be free from the use of excessive force under the Fourth Amendment to the United States Constitution.

20. Under 42 U.S.C. § 1983, Plaintiff is entitled to recover damages resulting from the violation of his clearly established constitutional rights as detailed above.

21. Under 42 U.S.C. § 1988, Plaintiff is further entitled to recover attorney fees, costs, and expenses accumulated during the prosecution of this action.

22. Plaintiff is further entitled to punitive damages against Rivera as a result of his wrongful, willful, gross, and oppressive conduct.

## V. DAMAGES

23. As a result of Rivera's conduct, as described above, Plaintiff suffered and continues to suffer, pain and suffering and loss of enjoyment of life, and emotional and mental distress, including fear, humiliation, and disfigurement.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays for judgment against Defendant for compensatory damages and punitive damages, as well as attorney fees, costs, expenses, the amounts of which to be shown at trial, and for all other such relief, both general and specific, available to Plaintiff under law.

Respectfully submitted,

BY:   s/ Philip A. Stroud
PHILIP A. STROUD (MSB# 99401)
BRANDON FLECHAS (MSB#102283)

THE STROUD LAW FIRM, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS 38672
Tel. (662)536-5656
Fax (662)536-5657
philip@stroudlawyers.com
brandon@stroudlawyers.com
Attorneys for Plaintiff

PLAINTIFF RESPECTFULLY REQUESTS A JURY TRIAL ON ALL COUNTS.