# United States District Court
## Northern District of Mississippi

**NICKOLAS ANTHONY TRABUCCO**                                        **PLAINTIFF**

**VS.**                                         **CAUSE NO. 3:22-CV-132-MPM**

**ANDRES RIVERA**                                                   **DEFENDANT**

### JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Michael P. Mills, Senior U.S. District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the plaintiff, Nickolas Anthony Trabucco, take nothing, that the action be dismissed on the merits, and that the defendant, Andres Rivera, recover from the plaintiff his cost of action.

This the 23rd day of October 2023.

                                                                           **DAVID CREWS**
                                                                           Clerk of the Court

                                                                     /s/Sallie Wilkerson
                                                                       (by) Deputy Clerk